UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARIF LAYTON, | |
| Petitioner, | CIVIL ACTION NO. 1:22-cv-01814 |
| v. | (SAPORITO, J.) |
| BERNADETTE MASON, *et al.*, | |
| Respondents. | |

## ORDER

**AND NOW**, this 23rd day of September, 2024, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the petition for habeas corpus (Doc. 1) is **DENIED**. A certificate of appealability shall not issue. The Clerk is **DIRECTED** to mark this case as **CLOSED**.

Dated: September 23, 2024     s/Joseph F. Saporito, Jr.
                              JOSEPH F. SAPORITO, JR.
                              United States District Judge